IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sir Michael Dyess,

    Plaintiff(s),

vs.

Neil Mullins, et al.,

    Defendant(s).

Case Number: 1:16cv910

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on March 16, 2018 (Doc. 53), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 30, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motion for summary judgment (Doc. 44) is GRANTED. This case is hereby TERMINATED from the Court's docket.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court